**Electronically Filed**
**Supreme Court**
**SCWC-20-0000759**
**31-OCT-2022**
**11:45 AM**
**Dkt. 9 ODAC**

SCWC-20-0000759

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

STATE OF HAWAIʻI,
Respondent/Plaintiff-Appellee,

vs.

JASON F. TENGAN,
Petitioner/Defendant-Appellant.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-20-0000759; CASE NO. 2DTA-20-00442)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Petitioner/Defendant-Appellant Jason F. Tengan's

Application for Writ of Certiorari, filed on September 16, 2022,

is hereby rejected.

DATED: Honolulu, Hawaiʻi, October 31, 2022.

/s/ Mark E. Recktenwald
/s/ Paula A. Nakayama
/s/ Sabrina S. McKenna
/s/ Michael D. Wilson
/s/ Todd W. Eddins

